# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

134616

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

STEPHAN DANIEL CLARK,
     Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134616
COA: 277906
Wayne CC: 03-008913-01

_____/

     On order of the Court, the application for leave to appeal the June 14, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007

p1022

_____
Clerk